IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RACHEL SHORIWA                                                                              PLAINTIFF

v.                          CASE NO. 4:24-cv-00832-BSM

AETNA LIFE INSURANCE COMPANY and
PENSKE TRUCK LEASING CO., LP                                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE